HYDEE FELDSTEIN SOTO, City Attorney
MICHAEL J. BOSTROM, Senior Assistant City Atty (SBN 211778)
LIORA FORMAN-ECHOLS, Assistant City Atty (SBN 184135)
JONATHAN H. EISENMAN, Deputy City Attorney (SBN 279291)
ELLA FERNANDEZ, Deputy City Attorney (SBN 210663)
**OFFICE OF THE LOS ANGELES CITY ATTORNEY**
201 N. Figueroa Street, Suite 1300
Los Angeles, California 90012
Telephone (213) 978-8080 /Facsimile (213) 482-9549
Email: Jonathan.Eisenman@lacity.org

Attorneys for Plaintiff,
The People of the State of California

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>RISH INVESTMENTS, INC., a California corporation; GAZI MONIRUL ISLAM also known as GAZI M. ISLAM and GAZI ISLAM, an individual doing business as New Gage Motel; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:<br>2:24−cv−03276−CBM(MRWx)<br><br>**NOTICE OF ENTRY OF DECISION BY ANOTHER JUDGE OF THIS COURT (RELATED TO THE PEOPLE'S MOTION TO REMAND [DOC. NO. 14])**<br><br>Date: June 11, 2024<br>Time: 10:00 a.m.<br>Courtroom: 8D<br>Judge: Hon. Consuelo B. Marshall |

# NOTICE OF ENTRY OF DECISION
# BY ANOTHER JUDGE OF THIS COURT

The People of the State of California hereby give notice of Judge Stephen V. Wilson's June 7, 2024 decision in *Patel v. Hero LLC*, No. 2:24-cv-02959-SVW(SSCx) (Doc. No. 15). A copy of Judge Wilson's decision and the docket sheet in the *Patel* case follow this notice as Exhibits 1 and 2, respectively.

The decision itself and the Court's docket in the case generally are subject to judicial notice. Fed. R. Evid. 201; *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980). They relate to the points raised (1) in the People's May 10, 2024 Motion to Remand (Doc. No. 14) at page 9, lines 11–19 and page 21, lines 21–28, and; (2) in the People's May 28, 2024 Reply Supporting Remand (Doc. No. 18) at page 8, lines 20–21, page 11, lines 20–23, and page 13, lines 2–9.

Dated: June 7, 2024

        HYDEE FELDSTEIN SOTO, City Attorney
        MICHAEL J. BOSTROM, Sr. Assistant City Attorney
        LIORA FORMAN-ECHOLS, Assistant City Attorney
        ELLA FERNANDEZ, Deputy City Attorney

        OFFICE OF THE LOS ANGELES CITY ATTORNEY

        By:  <u>/s/ Jonathan H. Eisenman</u>
              Jonathan H. Eisenman
              Attorney for the Plaintiff,
              The People of the State of California