UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 24-3276-CBM(MRWx)** | Date | JUNE 11, 2024 |
|---|---|---|---|
| Title | The People of the State of California v. Rish Investments, Inc. et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| Yolanda Skipper | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Liora Forman-Echois | Frank A. Weiser |

**Proceedings:**   HEARING RE MOTION TO REMAND [14]

The case is called and counsel state their appearance. The Court and counsel confer regarding the status of the case.

Following discussions with the parties, the Court advises counsel that the motion [14] is taken under submission and a written order will issue.

IT IS SO ORDERED.

cc: all parties                                                                                           **: 20**